### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RODA DRILLING COMPANY; RODA, LLC; ROLAND ARNALL; DAWN ARNALL; and THE ROLAND AND DAWN ARNALL LIVING TRUST,<br><br>    Plaintiffs,<br><br>vs.<br><br>RICHARD SIEGAL, an individual; BIPPY SIEGAL, an individual; PALACE EXPLORATION COMPANY, a corporation; PALACE OPERATING COMPANY, a corporation; B&R EXPLORATION CO., INC.; BISTATE OIL MANAGEMENT CORPORATION; and OIL AND GAS TITLE HOLDING CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07-CV-400-GKF-FHM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### OPINION AND ORDER

Plaintiffs' Motion for (1) Scheduling Conference to Set Deadlines for Compliance with Preliminary Injunction Pending Appeal and (2) Order Requiring Return of Funds Withheld by Defendants [Dkt. 212] is before the Court for decision. This order does not resolve Plaintiffs' request for an order requiring the return of funds. That aspect of the motion will be resolved by a separate order.

On July 23, 2008, some five months ago, the Court entered a Preliminary Injunction which required the Defendants to, among other things, transfer title to certain properties to Plaintiffs in an expeditious manner. Plaintiffs seek a scheduling conference for the Court to set deadlines for Defendants' compliance with the Preliminary Injunction. Defendants respond that a conference is unnecessary at this

juncture because Defendants have been working diligently to comply with the Preliminary Injunction and have been communicating with Plaintiffs regarding the process. Defendants' response provides no specifics about what actions have been taken to comply with the Preliminary Injunction and no indication as to when compliance will be completed.

The Preliminary Injunction was issued, in part, based upon the Court's finding that Plaintiffs were suffering ongoing irreparable harm as a result of title to Plaintiffs' properties being held by Defendants. Defendants' conclusory statement that they are working diligently to comply with the Preliminary Injunction is insufficient to establish that the Preliminary Injunction is being complied with expeditiously.

It is therefore the Order of the Court that Defendants shall file by January 15, 2009, a summary report describing in reasonable detail what actions they have taken to expeditiously transfer title to the properties, what remains to be done, and a date or dates when the transfer of the properties will take place. Plaintiff may respond to Defendants' summary report by January 22, 2009. The Court will then either establish a date for completion of the transfer of title or set the matter for hearing.

SO ORDERED this 23rd day of December, 2008.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE

2