UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RODA DRILLING COMPANY; RODA, LLC; ROLAND ARNALL; DAWN ARNALL; and THE ROLAND AND DAWN ARNALL LIVING TRUST,<br><br>PLAINTIFFS,<br><br>vs.<br><br>RICHARD SIEGAL, an individual; BIPPY SIEGAL, an individual; PALACE EXPLORATION COMPANY, a corporation; PALACE OPERATING COMPANY, a corporation; B&R EXPLORATION CO., INC.; BISTATE OIL MANAGEMENT CORPORATION; and OIL AND GAS TITLE HOLDING CORPORATION,<br><br>DEFENDANTS. | CASE NO. 07-CV-400-GKF-FHM |

**OPINION AND ORDER**

Defendants' Motion to Compel Compliance with Subpoenas Served Upon Zenergy, Inc., [Dkt. 225] has been fully briefed [Dkts. 230, 237, 240, 247] and is before the Court for decision. Despite the briefs, it is unclear to the Court what specific documents Defendants contend Zenergy, Inc., has failed to produce. In its response, Zenergy, Inc., contends it has produced "substantially all, if not all" responsive documents. Defendants' reply does not make clear what specific documents it contends have not been produced.

It is, therefore, ordered that Defendants file by February 9, 2009, a specific list of the documents Defendants contend Zenergy, Inc., has failed to produce. Thereafter, and prior to the hearing, counsel shall confer and discuss the Defendants' February 9,

2009 filing so there is a clear understanding of what documents are at issue under Defendants' motion.

Defendants' Motion to Compel Compliance with Subpoenas Served Upon Zenergy, Inc., [Dkt. 225] is hereby set for hearing on February 13, 2009, at 9:30 a.m. in Courtroom No. 2, Third Floor of the Page Belcher Building, 333 West 4th Street, Tulsa, Oklahoma.

SO ORDERED this 5th day of February, 2009.

*Frank H. McCarthy*

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE