## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RODA DRILLING COMPANY;<br>RODA, LLC; ROLAND ARNALL;<br>DAWN ARNALL; and THE<br>ROLAND AND DAWN ARNALL<br>LIVING TRUST,<br><br>       PLAINTIFFS,<br><br>vs.<br><br>RICHARD SIEGAL, an individual;<br>BIPPY SIEGAL, an individual;<br>PALACE EXPLORATION COMPANY,<br>a corporation; PALACE OPERATING<br>COMPANY, a corporation; B&R<br>EXPLORATION CO., INC.;<br>BISTATE OIL MANAGEMENT<br>CORPORATION; and OIL AND GAS<br>TITLE HOLDING CORPORATION,<br><br>       DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>CASE NO. 07-CV-400-GKF-FHM |

## OPINION AND ORDER

In response to Plaintiffs' Motion for (1) Scheduling Conference to Set Deadlines for Compliance with Preliminary Injunction Pending Appeal and (2) Order Requiring Return of Funds Withheld by Defendants [Dkt. 212] the Court ordered Defendants to file a summary report describing in reasonable detail what actions Defendants had taken to comply with the preliminary injunction. [Dkt. 223].   Defendants filed the summary status report [Dkt. 232] and Plaintiffs have filed a response [Dkt. 236].

Plaintiffs' response essentially states that while it appears Defendants are now working reasonably diligently to comply with the preliminary injunction, continued Court supervision is needed.

The Court concludes that a further summary report from Defendants and a response by Plaintiffs is appropriate.

IT IS THEREFORE ORDERED that Defendants file a second summary status report by March 5, 2009.  Plaintiffs shall file a response by March 12, 2009.

Signed this 5th day of February, 2009.


FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE